UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-CV-22732-MGC

SEAN FREIXA, on behalf of himself
and others similarly situated,

      Plaintiff,

vs.

PRESTIGE CRUISE SERVICES, LLC,
a Delaware Limited Liability Company,
PRESTIGE CRUISE HOLDINGS, INC.,
a Foreign Corporation, PRESTIGE
CRUISES INTERNATIONAL, INC., a
Foreign Corporation and XYZ ENTITIES 1-
10 (fictitious names of unknown liable
entities),

      Defendant.

## DEFENDANTS' REQUESTED VOIR DIRE

Pursuant to subsection (d) May 2, 2016 instructions listed in this Court's November 6, 2015 Scheduling Order, Defendants Prestige Cruise Services, LLC, Prestige Cruise Holdings, Inc., and Prestige Cruises International, Inc. (collectively, "Prestige"),by and through their undersigned attorneys, hereby respectfully submit the following list of proposed questions for the Court to ask the venire during voir:[1]

    1.    Are you currently employed?

          a.    Where are you employed?

          b.    What is your job position? Responsibilities?

---

[1] These questions are in addition to those deemed by the Court as "general," pursuant to the November 6, 2015 Scheduling Order.

  c. Are you paid on an hourly basis?

  d. Are you paid via commissions or bonuses?

  e. How long have you worked there?

  f. Do you like your job?

  g. Why/why not?

2. Have you ever been in a job where you were paid via commissions or bonuses.

3. Do you have any knowledge of, or experience with, the plaintiff, Sean Freixa?

4. Do you have any knowledge of, or experience with, the defendants, Prestige Cruise Services, LLC, Prestige Cruise Holdings, Inc., or Prestige Cruises International, Inc.?

5. Do you have any knowledge of, or experience with, the following individuals, who may be called to testify at trial?

- Hilde Crankshaw
- Victor Petrenko
- Sergio Santos
- Lynn White
- Jill Guidicy
- Victor Gonzalez
- Jessica Crlenjak
- Jose Arcia
- Tom Burke
- Ryan Vogt
- Any lawyers for the Plaintiffs, including Robert Norell or Keith Stern
- Any lawyers for the Defendants, including Mark Neuberger or Larry Perlman

6.  Have you ever had authority for making policies related to compensation for other employees, such as setting pay rates or determining when or how much another employee would be paid? If so, please describe.

7.  Have you ever worked in a job where you engaged in telemarketing, or called individuals in order to sell products or services?

8.  Do you have any knowledge of or experience with Oceania Cruises, Regent Seven Seas Cruises, or Norwegian Cruise Lines?

9.  Have you ever taken a cruise on Oceania Cruises, Regent Seven Seas Cruises or Norwegian Cruise Lines? If so please tell us about your experience?

10. Have you ever worked for a cruise company?

11. Have you ever called a cruise company to complaint about any issue at all?

12. Have you ever written to a cruise company to complain about any issue at all

13. Under our system of justice, a corporation, whether large or small, is entitled to the same fair and impartial trial as any individual or any other party to a lawsuit. Are you aware of any reason why you would not be able to accept this principle in rendering a verdict?

14. Have you, or anyone in your family, have ever made a claim for unpaid wages? If so, what was the reason for the claim and what was the outcome?

15. Do you believe that you or any family member or close friend has ever been treated unfairly by an employer? If so, please explain.

16. What is your highest level of education completed?

17. Do you have any knowledge or training in the law or related fields? If so, please describe your legal education and/or training.

18. Have you ever been self-employed or owned your own business? If so, what type of business?

19. Do you have any knowledge or training in human resources or personnel management?

20. Have you had any experience in human resources or personnel matters? If yes, what experience?

21. Have you ever served on a jury before?

    a. What kind of case?

    b. Was it a positive or negative experience? Why?

    c. Do you feel that your prior experience as a juror will make it more difficult for you to sit as a juror on this case? Why?

22. Do you believe that you can fairly and impartially serve on a jury in a case where an employee claims he or she has been denied overtime compensation?

23. Do you have any life experiences that come to mind that might shape your views on a claim for overtime compensation?

24. Have you or any member of your immediate family, or even your close friends, ever testified as a witness in a suit involving allegations of wrongful termination/demotion or workplace discrimination? Describe.

25. When you hear about claims for unpaid overtime compensation, do you tend to assume the claims are true, do you tend to assume they are false or exaggerated, or do you not make any assumptions?

26. Have you or any member of your immediate family, or even your close friends ever been terminated from employment? Describe.

27. Have you or any member of your immediate family, or even your close friends ever quit a job because of the working conditions? Describe.

28. Do you believe that you or any family member or close friend has ever been treated unfairly by an employer? Describe.

29. Have you or any member of your immediate family, or even your close friends ever belonged to a labor union? Describe.

30. Have you or any family member or close friend ever made a claim or administrative charge with the U.S. Equal Employment Opportunity Commission, the Florida Commission on Human Relations, or the Department of Labor? Describe.

31. Have you or any family member or close friend filed a grievance or lawsuit against an employer alleging discrimination or wrongful termination? If yes, please explain the nature of the dispute and the outcome.

32. Have any of you, or members of your family or close friends, been a member of, or been associated with, any group that advocates changes in the laws relating to employment?

33. Has a grievance ever been filed against you at work? If so, please describe.

34. If, under the instructions given to you by the judge, you believed that the defendants did nothing wrong or illegal, would you have any problem in awarding judgment for the defendants, and not awarding any money to the plaintiffs, even if you felt sympathy for the plaintiffs?

35. Do you believe that because this case has now come to trial, that there must be at least some validity to the claim?

36. In a case involving a dispute between an employer and an employee, how many of you have any tendency to believe or find the employee or the employer more likely to be truthful?

37. Why would an employee lie?

38. Why would an employer lie?

39. Do you have any personal beliefs regarding how much money a person should be allowed to get from a lawsuit?

40. Do you listen to talk radio on a regular basis? If so, which programs?

41. What bumper stickers are on your vehicle?

Dated: May 2, 2016                                Respectfully submitted,

                                                  */s/ Larry S. Perlman*
                                                  Mark J. Neuberger, FL Bar No. 982024
                                                  mneuberger@foley.com
                                                  Larry S. Perlman, FL Bar No. 91934
                                                  lperlman@foley.com
                                                  Foley & Lardner LLP
                                                  One Biscayne Tower
                                                  2 South Biscayne Boulevard
                                                  Suite 1900
                                                  Miami, FL 33131-2132
                                                  Phone: 305-482-8400
                                                  Fax: 305-482-8600
                                                  ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send an electronic notification to all counsel of record, including:

Keith M. Stern, Esq.
LAW OFFICES OF KEITH M. STERN, P.A.
2300 Glades Road, Suite 360W
Boca Raton, Florida 33431
Tel: (561) 299-3703
Fax: (561) 288-9031

Robert Norell, Esq.
300 Northwest 70th Avenue, Suite 305
Plantation, Florida 33317
Tel: (954) 617-6017
Fax: (954) 617-6018

*Attorneys for Plaintiff*

                                                  */s/ Larry S. Perlman*
                                                  Attorney